IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RUTHMIRA GIRALDO et al., | : | No. 15-3101 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 10th day of November, 2015, upon consideration of J&J Sports Productions, Inc.'s ("J&J") Motion for Default Judgment (Docket No. 13) and the accompanying affidavit (Docket No. 14), **it is HEREBY ORDERED that the Motion is GRANTED in part and DENIED in part such that:**

1. Default Judgment is **GRANTED** as to Defendant El Bochinche Restaurante, Inc. For its violation of 47 U.S.C. § 553(a)(1), El Bochinche Restaurante, Inc. is liable to J&J for a total sum of $5,000 in statutory and enhanced damages under 47 U.S.C. § 553. This award is comprised of:

    a. an award of $1250 in statutory damages under 47 U.S.C. § 553(c)(3)(A)(ii) ($800 for the foregone sublicense fee and $450 for El Bochinche's estimated profits) *and*

    b. an award of $3750 in enhanced damages under 47 U.S.C. § 553(c)(3)(B) (treble the statutory damages award).

2. Default Judgment is **DENIED** as to Defendant Ruthmira Giraldo.

3. **JUDGMENT is thus ENTERED** in favor of J&J and against El Bochinche Restaurante, Inc.

4. J&J is granted **leave to file a Motion for Attorneys' Fees and Costs no later than 21 days from the date of this Order**. In the Motion, J&J should address both

    a. the reasonableness of Mr. Riley's fees *and*

    b. the legal issue of whether the rule that "a judge [not] decrease a fee award based on factors not raised at all by the adverse party," *Bell v. United Princeton Props., Inc.*, 884 F.2d 713 (3d Cir. 1989), applies to the default judgment context.

         BY THE COURT:

         <u>S/Gene E.K. Pratter</u>
         GENE E.K. PRATTER
         United States District Judge